KAUFHOLD GASKIN LLP
STEVEN S. KAUFHOLD, ESQ. (SBN 157195)
Email: SKaufhold@KaufholdGaskin.com
QUYNH K. VU, ESQ. (SBN 286631)
Email: QVu@KaufholdGaskin.com
388 Market St., Suite 1300
San Francisco, CA 94111
Telephone: 415-445-4620
Facsimile: 415-874-1071

Attorneys for Plaintiff
JT Foxx Organization

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JT FOXX ORGANIZATION,<br><br>Plaintiff,<br><br>v.<br><br>VERONIQUE PALMER, and DOES 1-50,<br><br>Defendants. | Case No.:<br><br>COMPLAINT FOR:<br><br>1. LIBEL<br>2. UNFAIR OR DECEPTIVE BUSINESS PRACTICES<br><br>JURY TRIAL REQUESTED |

_____

Plaintiff JT Foxx Organization ("JT Foxx") for its Complaint against Veronique Palmer, and Does 1-50, (collectively, "Defendants") hereby alleges:

INTRODUCTION

1.     This action arises from Defendants' abusive and false claims made on a Google blog site regarding JT Foxx's business, which has resulted in substantial harm to Foxx's reputation, goodwill, and future business prospects.

THE PARTIES

2.     Plaintiff JT Foxx Organization is a company based in Florida, and a resident of Florida.

3.     Defendant Veronique Palmer is an individual that wrote the defamatory blog material at issue, and upon information and belief, is a citizen and resident of South Africa.

4.     Defendant Doe 1 is a company or individual that owns and operates the domain mr-sharepoint.blogspot.com, doing business in the state of California.

5.     Defendant Doe 2 is a company or individual that helped write the defamatory blog material at issue, doing business in the state of California.

6.     Plaintiff is unaware of the true names and capacities of defendants sued herein as Does, and therefore sues these defendants by such fictitious names.  Plaintiff will amend this complaint to allege their true names and capacities when ascertained.  Plaintiff is informed and believes and therefore alleges that each of the fictitiously named defendants is responsible in some manner for the occurrences herein alleged, and that Plaintiff's injuries as herein alleged were proximately caused by such defendants. These fictitiously named defendants are herein referred to as "Does."

7.     The actions alleged herein to have been undertaken by the defendants were undertaken by each defendant individually, were actions that each defendant caused to occur, were actions that each defendant authorized, controlled, directed, or had the ability to authorize, control or direct, and/or were actions each defendant assisted, participated in or otherwise encouraged, and are actions for which each defendant is liable. Each defendant aided and abetted the actions of the defendants set forth below, in that each defendant had knowledge of those

actions, provided assistance and benefited from those actions, in whole or in part. Each of the defendants was the agent of each of the remaining defendants, and in doing the things hereinafter alleged, was acting within the course and scope of such agency and with the permission and consent of other defendants.

## JURISDICTION

8.     This Court has diversity jurisdiction over this action under 28 U.S.C. § 1332 because Plaintiff is a citizen of Florida and Defendants are citizens of foreign states, and because value of the amount in controversy exceeds $75,000 with respect to Plaintiff's claims against each Defendant.

9.     Venue is proper in the Northern District of California under 28 U.S.C. § 1391(b)(2), as a substantial part of the events giving rise to the claims at issue in this lawsuit occurred in this District.

## INTRADISTRICT ASSIGNMENT

10.     Assignment to the San Francisco Division of this Court is appropriate under Civil Local Rule 3-2, in that Plaintiff conducts business in this County in San Francisco.  In addition, this action involves manipulation of the Google platform and search engine and Google has a substantial presence in San Francisco.

## FACTS GIVING RISE TO ALL CLAIMS FOR RELIEF

11.     JT Foxx provides training seminars and coaching sessions for entrepreneurs who wish to start their own businesses.  JT Foxx operates throughout the United States and all over the world.

12.     Clients may sign up for specialty classes, coaching sessions, or event attendances and can either pay a la carte for each service or choose packages to suit their business needs.

13.     JT Foxx has been targeted by unscrupulous outside businesses and individuals, including Defendants, who have wrongfully and maliciously accused JT Foxx of being a "scam."

14.     Defendants Veronique Palmer and Does 1-2 published a written review and blog post on the domain mr-sharepoint.blogspot.com, run by Google, based out of Northern California.  A true and correct copy of this written statement is attached hereto as **Exhibit A.**

15.     Upon information and belief, Defendants, through manipulation of search engine optimization via the Google platform, Defendants were able to display their defamatory review near the top of the search list for searches regarding "JT Foxx."

16.     JT Foxx conducted a diligent investigation to determine if anyone named Veronique Palmer had ever attended any of its seminar in South Africa and was unable to find any records of such an individual attending any of its seminars or classes.

17.     In April 2017, JT Foxx, via its attorneys, contacted Google regarding the defamatory review and blog site but Google stated that it could not give JT Foxx information about the anonymous poster or take down the defamatory review without a court order.

18.     The defamatory review has caused JT Foxx extraordinary damages, including loss of potential customers, loss of goodwill, and loss of existing customers.

19.     The damages caused by Defendants in this case are in excess of $75,000 for each Defendant.  JT Foxx would not have incurred these damages but for the actions of Defendants. JT Foxx continues to incur damages through the ongoing actions of Defendants.

20.     Defendants took all of these acts intentionally, and acted with malice, oppression and fraud.

<u>CLAIMS FOR RELIEF</u>

<u>FIRST CLAIM</u>
Defamation – Libel
(Against all Defendants)

21.     Plaintiff realleges and incorporates by reference the allegations in paragraphs 1-20 as though fully set forth herein.

22.     JT Foxx at all times mentioned has enjoyed a good reputation as a business and has provided effective services to its clients.

23.     Defendants published a written statement online at mr-sharepoint.blogspot.com, attached hereto as Exhibit A.  The statement was a purported review of JT Foxx and its services and is libelous because the language contains defamatory meanings, as opposed to innocent meanings.  The negative posts contain false and unprivileged statements about Plaintiff that

1  expose it to hatred, contempt, ridicule, or obloquy, or that causes Plaintiff to be shunned or

2  avoided, or which has tendency of injuring Plaintiff in its business.

3      24.    The publications were made about and concerning Plaintiff and were so

4  understood by those who read the publications.

5      25.    The following statements from the blog posting are false, unprivileged, and

6  libelous as they apply to Plaintiff:

7          a.  "[JT Foxx] are a bunch of scam artists that are ripping entrepreneurs off all over

8             the globe!"

9          b.  "Both JT Foxx aka Justin Gorenko and Dana van Hoose aka Coach D are wanted

10            men."

11         c.  "They are going to rip that poor kid off for years yet."

12         d.  "So here's how this whole scam works: . . ."

13         e.  "Because no matter how F-d someone or some company is, if you have the right

14            marketing, there are enough suckers to scam till the day you die."

15     26.    Each statement described in paragraph 25 is libelous on its face.  Each statement

16  clearly exposes Plaintiff to hatred, contempt, ridicule and obloquy and harms Plaintiff's business

17  because:

18         a.  The statement in 26(a) necessarily states falsely that JT Foxx is a scam and are

19            ripping off its clients.

20         b.  The statement in 26(b) falsely states that the individuals associated with JT Foxx

21            are wanted men or are criminals.

22         c.  The statement in 26(c) is a false statement that JT Foxx would rip off its clients.

23         d.  The statement in 26(d) falsely states that JT Foxx's business is a scam.

24         e.  The statement in 26(e) necessarily implies falsely that JT Foxx merely scams its

25            customers.

26     27.    The statements contained in Defendants' review posted online were seen and read

27  by hundreds if not thousands of consumers and prospective clients of Plaintiff, as well as by

28

professional colleagues and business partners, who reside in and the San Francisco Bay Area, and were no doubt seen and read by many persons outside of the Bay Area.

28.     The false posts were known by Defendants to be false at the time Defendants made them, or Defendants acted in reckless disregard of the truth when they created and published these posts on the internet, with knowledge that the posts would be viewed by persons who are existing or potential clients of plaintiffs, or who are plaintiffs' colleagues or business partners.

29.     As a proximate result of the above-described publication, Plaintiff has suffered loss of business and professional reputation.

30.     The above described publications were published by Defendants with malice, oppression, and fraud in that:

      a.   Defendants understood before the publication that Plaintiff lawfully and ethically performed their business duties

      b.   Defendants understood before the publication that Plaintiff provides legitimate services to its clients and Plaintiff's business is not a scam

      c.   Defendants understood before the publication that Plaintiff's representative are not criminals or "wanted men"

31.     Plaintiff has suffered general and special damages, including, without limitation, lost revenue and profits as a function of damage to Plaintiff's business reputation; diminution in the pecuniary value of Plaintiff's goodwill, administrative costs in connection with Plaintiff's efforts to monitor and counteract the negative publicity, and other pecuniary harm.

32.     Defendants' false statements have caused Plaintiff damages in an amount to be determined at trial, but in excess of $75,000 as to each Defendant.

33.     The negative and false posts were created and published by Defendants with malice and/or oppression as the content of the posts contain false, defamatory statements that were known by Defendants to be false and the publication was deliberately done with the intention of destroying Plaintiff's reputation and the reputation of Plaintiff's services, and to cause Plaintiff to lose its ability to continue its business.  Plaintiff is entitled to punitive damages.

SECOND CLAIM

Unlawful, Unfair, and Fraudulent Business Practices Under California Business & Professions Code § 17200
(Against all Defendants)

34.     Plaintiff realleges and incorporates by reference the allegations in paragraphs 1-33 as though fully set forth herein.

35.     Defendants' actions, as set forth above, constitute unlawful and/or unfair business acts or practices under California Business and Professions Code § 17200 *et seq.* (the "Unfair Competition Law" or "UCL").

36.      Defendants' actions are unlawful under the UCL because Defendants' independently unlawful wrongs of libel, set forth above, violate California law.

37.     Defendants' conduct is unfair because the published false statements tends to deceive the public about JT Foxx's legitimate business.  Defendants' conduct is also unfair due to their search engine optimization manipulation that falsely depicts their blog post as one of the top results in a search for JT Foxx, unfairly and deceptively suggestion that JT Foxx's business is not legitimate.

38.     As a result of Defendants' actions, Plaintiff has been harmed and such harm is subject to proof at trial, but not less than $75,000 as to each Defendant.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment against Defendants Veronique Palmer and Does 1-50, and provide the following relief:

1)     Injunctive relief, including a preliminary and permanent injunction enjoining restraining Defendants from engaging in the conduct described above;

2)     Damages, including compensatory, statutory and punitive damages, restitution, and disgorgement of profits;

3)     Attorney fees and costs, to the extent permitted by law;

4)     Pre- and post-judgment interest; and

5)     Such other relief as the Court may deem just and proper.

1

JURY DEMAND

Plaintiff requests this case be tried to a jury on all issues triable by a jury.

Dated this 8th of May, 2017

___/s/ Steven Kaufhold___
KAUFHOLD GASKIN LLP
Steve Kaufhold
Quynh Vu

*Attorneys for Plaintiff JT Foxx
Organization*

EXHIBIT A

Mr Sharepoint: Why the JT Foxx Free Seminars are a Scam and South Africans Need to Catch a Wake up!

Case 4:17-cv-02661-DMR    Document 1    Filed 05/08/17    Page 10 of 24

# Mr Sharepoint

"Mr Sharepoint" is a blog based on RSS for everything related to sharepoint, it collects its posts from many sites in order to facilitate the updating to the latest technology

**T h u r s d a y ,   N o v e m b e r   2 6 ,   2 0 1 5**

## Why the JT Foxx Free Seminars are a Scam and South Africans Need to Catch a Wake up!

**~ A MAJOR RANT! Go get a drink first. ~**

For the second time I just saw South Africans push each other out the way to buy "the promised land" from a fork tongued American salesman.  I feel sick to my stomach! This was the National Achievers Conference all over again...

"Triple your turnover in 2016" – what business owner / entrepreneur isn't going to listen to that?  I've heard of JT Foxx so I thought I would go and see what's so special about him. I should have Googled it first.

He and his cronies are a bunch of scam artists that are ripping entrepreneurs of all over the globe!  We had "Coach D" today aka Just Another Fork Tongued Salesman.  Both JT Foxx aka Justin Gorenko and Dana van Hoose aka Coach D are wanted men.

Explain to me how the "world's number 1 wealth coach" that has "helped thousands of businesses", have so few connections on LinkedIn and Twitter, and then bizarrely, over 100 000 on Facebook? How does one Twitter account have just over 900 followers, and the other one over 20 000?





**with $25 FREE!**

Sing Up Now

**Popular Posts**


Why the JT Foxx Free Seminars are a Scam and South Africans Need to Catch a Wake up!
– A MAJOR RANT! Go get a drink first. – For the second time I just saw South Africans push each other out the way to buy "the promised land...

SharePoint How-To Series: Enhanced Content Types
In our last three posts, we examined some of the core building blocks of SharePoint-- namely, Content Types, Site Columns and Managed Metadat...


Microsoft Teams: Is the Who-Bot the KM "Expertise Locator" We've Needed for Years?
By far the coolest thing I saw in the launch of Microsoft Teams yesterday was the Who-Bot. . @Microsoft Teams has a bot called WhoBot t...

PowerApps for SharePoint
So, this past week Microsoft announced that PowerApps was now available for all to use within Office 365. This is a huge milestone in produc...

SPJS Charts for SharePoint v6
I have released v6.0.0  of SPJS Charts for SharePoint . The reason for skipping to v6.0.0 for this release is that the loader has changed t...


Running Unit Tests for your .NET Core projects in Visual Studio Team Services (VSTS)
One of the challenges I was looking to solve recently was running builds in VSTS for .NET Core, and then run any C# unit tests I had in dot...

Your new SharePoint playground

Mr Sharepoint: Why the JT Foxx Free Seminars are a Scam and South Africans Need to Catch a Wake up!

Case 4:17-cv-02661-DMR   Document 1   Filed 05/08/17   Page 11 of 24





Karolina Harjanne
"3 years ago every
complaining Share
fast enough, now e
SharePoint is evolv
#ESPC16

A SharePoint developer is becoming more and more a web developer. This has some big advantages but it also means that our daily work is chan...

Add Approval Workflows to your Extranet Registrations

Collab365 SharePoint Tournament: Answers and Explanations

At this year's Collab365 24-hour Global Conference, the superstars at Collab365 launched a real-time competitive quiz, called the Share...

SharePoint 2016 Site Template ID List for PowerShell

When creating a new Site Collection by PowerShell, we have the option to apply the Site Template Directly, however you must know the Templat...

**Labels**

- Aldo de Beunje
- Alexander Bautz
- Alfred de Weerd
- Amber Rasmussen
- Amir Reza
- ANIL LAKHAGOUDAR
- Balamurugan Kailasam
- Bonnie Surma
- celin smith
- Chintan Pala
- Chirag Shivalker
- Christian Buckley
- Christopher R. Perry
- Christopher Scott
- Ciara McDonnell
- Ciaran Fletcher
- Colin Gardner
- Constantin Ionut
- Craig Pilkenton
- Darrell Houghton
- Darrell Trimble
- Declan Clancy
- Deepak Chawla
- Devendra Velegandla
- Dharmendra Singh
- Drew Madelung
- Dylan Lake
- DynamicPoint
- Emily Dorsett
- Farooque Azam
- Frank Op 't Landt
- Fraser Beadle
- Frederik De Wieuw
- Gaurav Goyal
- Geoff Talbot
- Gerry Brimacombe
- Gregory Zelfond
- Helen Jones
- Hemant Patel
- James Brown
- Jason Ramsey

Mr Sharepoint: Why the JT Foxx Free Seminars are a Scam and South Africans Need to Catch a Wake up!

Case 4:17-cv-02661-DMR   Document 1   Filed 05/08/17   Page 12 of 24







- Jeff Adkin
- Jerry Ober
- João Ferreira
- Joel Oleson
- Jon Manderville
- Jordan Jacoby
- Kai Boschung
- Kaushal Khamar
- Kelly Meyer
- Kerem Ozen
- Kirk Alsup
- Kirti Prajapati
- Krishna
- Krsto Savic
- Kusal Pokala
- Larry Saytee
- Mai Omar Desouki
- manju mandava
- Marc D Anderson
- Mark Jones
- Mary
- Matt Wade
- Matthew J Bailey
- Matthias De Cock
- Maxim Khoruzhiy
- Mehdi Boroujerdi
- Mike Marcin
- Nick Brattoli
- Nico Martens
- Nikhil Gaikwad
- noreply@blogger.com (Aaron Wood)
- noreply@blogger.com (Jeff Cate)
- noreply@blogger.com (Johnathan Horton)
- noreply@blogger.com (PremierPoint Solutions)
- noreply@blogger.com (Robert Schley)
- Oliver Pistor
- Pankaj Srivastava
- Patrick Hairston
- Paul Choquette
- Peter Bradley
- Prashant Bansal
- Prashant Kumar
- Prashanth Padebettu
- Rachel Marshall
- Rahul Gokani
- Rens O
- Rick Mucha
- Rob Aycock
- Rob Lempens
- Robin Witcher
- Roman Rylov
- Ruben Plehiers
- Ryan Wheeler
- Saifeddine Sibouih
- Sara Safari
- Sarah Geers
- Sarah Safari
- Saratchandra Peddinti
- Sathish Nadarajan
- Satyendra Tiwari
- Scott Restivo
- Sergei Golubenko

Mr Sharepoint: Why the JT Foxx Free Seminars are a Scam and South Africans Need to Catch a Wake up!

Case 4:17-cv-02661-DMR    Document 1    Filed 05/08/17    Page 13 of 24



- Sergey Shiroky
- Shannon Martin
- SICG
- Spence
- Suolon
- Tobias Zimmergren
- Tomasz Szulczewski
- Tony Di Leonardo
- Tony Hughes
- Venu M Gummala
- Venu Madhav Gummalla
- Veronique Palmer
- Vignesh Ganesan
- Viipiin Tyagi
- Vlad Catrinescu
- Waqas Sarwar
- Wendy Neal

**Blogger templates**

**Archives**

► 2017 (83)
► 2016 (485)
▼ 2015 (521)
  ► December (49)
  ▼ November (36)
    The JT Foxx Post Has Been Removed
    Microsoft Tahoe and the Evolution of SharePoint Se...
    [Top Tips] Add Videos to SharePoint 2013
    IIS Application Pool identity password
    Support Movember – In Memory of Dave Coleman and M...
    Why the JT Foxx Free Seminars are a Scam and South...
    SharePoint How-To Series: Enhanced Content Types
    SharePoint How-To Series: Managed Metadata
    SharePoint Community Newsletter – SharePoint 2016 ...
    Review of Harmon.ie Outlook Add-in: Manage Emails ...
    New Office 365 Admin UI Preview
    They, Them and There
    Debunking the SharePoint BI and Data Visualization...
    Windows 10 and Virtual Desktops with X-Mouse
    The 'MVP Thoughts' Series – Live from Sharegate Wo...
    Review of Harmon.ie Outlook Add-in: Manage Emails ...
    News Flash: Wandering Office 365 Waffle, Or "Who M...
    SP2016 - SP2013 - O365 - SP.Publishing.SiteImageRe...
    Recent Changes to Task Management Conventions on O...
    Is Your Intranet Strategy Integral with the Office...
    The Biggest Problems With Microsoft's SharePoint S...

Dana sprouted off how you must never expose your Facebook profile and always keep that private.  Which he does on his; but maybe he should have given his wife the same advice because hers is open as a book.

JT Foxx got all on his high horse in one post and says he loves this country.  The only thing he (and his company) love, is the born every minute sucker they get at their events.  I think I'm going to rebrand myself as **"the World's #1 Motivational Speaker! Read what celebrities, tycoons and clients say about Veronique Palmer!"**.  Come to my show, it will change your life!

This event promised 3 free hours of amazingness – it was a 2 hour session of which a full 50 minutes was a self-promotion pitch on how great *Dana* was and all the cool things *he's* done in the world, and all the places *he's* spoken, (I timed it).



Then there was at least 15 minutes of pure sales pitch on the products he has to sell you.  So just under one hour was spent giving any kind of concrete (but very generic) business advice, but you first had to stand up and do all that irritating ra-ra crap.  They also say no recording of any kind, yet the entire audience (about 100 people) were photographing the whole thing.  We were also not allowed to ask questions, so he can "get through all the content".  But actually it's so you don't have time to ask them questions they can't answer.  If you listen properly, you will get their entire business model from the content they give you.

Here's the highlights of the balance of the "show" to save you the trouble of going:

- There's lots of opportunity in South Africa, it's only South Africans that don't see it.
- Ask yourself where you are financially and what you're willing to do to change it.  Take notes in these sessions and be coachable.
- How to be wealthy - see what poor people do and do the opposite; hang out with successful people.
- Successful people lock on to something big, massive, with laser focus!

Mr Sharepoint: Why the JT Foxx Free Seminars are a Scam and South Africans Need to Catch a Wake up!

Case 4:17-cv-02661-DMR    Document 1    Filed 05/08/17    Page 14 of 24

- Do you trade time for money?  In other words, if you don't work you don't get money?
- You cannot grow a business from the inside.
- Profit is what matters, not turnover.
- Work less, make more.
- Don't ask what coaching is going to cost you, ask what it could make you.
- The only guarantee in life is what you do.
- Only you will know if you are full of shit.
- Learn how to repeat a successful business model.
- Fear is not real, you make it up.
- You are as successful as the 5 people you surround yourself with.
- Working for free is just stupid.
- Every financial decision should be a life or death one.
- Do you want to learn today how to create a one page business plan?
- Never invest your own money.
- What if I could guarantee you could raise capital 100% of the time?
- Do you have a job or a business?
- You can't help anyone till you help yourself.
- Are you a product or a service?  It's tough to scale out a service.
- If you're a product, automate or outsource it.
- If you're doing the same thing every day, the business owner should not be doing it.
- Your role as the business owner is to create the vision – not implement it.
- What do you want to provide, how do you want it done?
- The business owner creates the expectation, others manage it.
- The business owner needs to inspect the expectations to make sure they are being met.
- You can't prevent people from stealing your ideas, there are unethical people everywhere.
- A success model is plug and play into every industry.
- Is what you are doing working?  What is your annual turnover?  Are you profitable?
- If your profit is not going up, it's not working.
- Are you happy?  Are you enjoying it? Are you good at it?
- Is there a need in the market?  How big is that demand?
- MBA = Massive Bank Account through Massive Business Acceleration.
- The keyword for 2016 is acceleration, get off your ass and make it happen.
- Respond, don't react.
- Stop having meetings – meetings are for decisions, *not* discussions.
- Have SMART goals.
- Open ended goals won't happen.
- If you don't act with a sense of urgency, you staff won't either.
- Attitude reflects leadership.
- Focus on existing customers, new ones take 7 times the effort.
- It's not about price, it's about value and experience, provide both.
- etc etc etc, blah blah blah.

If you are an entrepreneur, you have heard all this before.  Some of it is so cliche it's just not true.  Go and read some decent business books or hit the internet, it's all available online.

And then of course the "specials" started.  He was pretty sneaky this time, because right in the beginning he said "how many of you think I am just here to sell you something".  Most hands went up.  "Well you're right".  He told us about a 2 day workshop next year that is "usually R28 000, but just because you're so amazing, it's only R11 400".  Then at the end of the show, if you choose option 2 of that 2 day workshop, you get a one-on-one session with JT himself, and take a business partner free, and take a child between 14 and 22 for free.  All for only R25 000.  You could then also get any of one these for free for signing up to the 2 day workshop.

Money Money Money, Must Be Funny...

The Sway Way - Softer, better, faster & stronger

Adjusting Email Notifications For SharePoint 2013 ...

SharePoint How-To Series: Basic Site Columns in Sh...

SharePoint Community Newsletter - Live from #ESPC1...

DynamicPoint Inter-company Capabilities

Settling Down - One Month In

Moving from SPServices to Rest, Part 5: Using Prom...

Tracking Projects in Office 365 and SharePoint: On...

Hybrid HTML5 App Development - Framework : A perfo...

Free Webinar: SharePoint 2016 Top Compelling Featu...

Exporting SharePoint Group Members to Excel Withou...

Restoring Files on OneDrive for Business

SharePoint 2013 CSOM - Retrieve list items more th...

SharePoint How-To Series: Content Types for Beginn...

► October (47)
► September (37)
► August (64)
► July (63)
► June (36)
► May (79)
► April (32)
► March (30)
► February (22)
► January (26)

**Pages**

- Home

**Blogger news**

**Blogroll**

**Tags**

- Aldo de Beunje

Mr Sharepoint: Why the JT Foxx Free Seminars are a Scam and South Africans Need to Catch a Wake up!

Case 4:17-cv-02661-DMR   Document 1   Filed 05/08/17   Page 15 of 24



Then he asked who the youngest member in the audience was, an 18 year old kid stood up – Dana gave him the R60 000 course just for being so young.  Can you imagine what the content of that course is going to be?  They are going to rip that poor kid off for years yet. Get 'em young huh...

So here's how this whole scam works :

- Create as much online hype as you can.
- Pay celebrities to endorse you.
- Pay to be featured in magazines and TV shows (don't for *one second* think this comes free because you're so good...)
- Get big numbers into the room.
- Get someone to introduce you and clap and woohaa so you can film it.
- Play vibey, loud music.
- Get flamboyant speakers to rev up the crowd.  Make them chant over and over!
- Hit everybody where it hurts and ask who wants to make more money.
- Name drop, then name drop some more.
- Understand human psychology and NLP to a fault and play it for all it's worth.
- Self-promote like you're a cigarette and alcohol ad from the 80's and make it look glamorous as hell.
- Show them how how successful you are, and how much you donate to charity – but don't reveal any traceable facts about your actual financial situation.
- *Constantly* reinforce the brand, in this case "the number 1 wealth coach".
- Tell people how you want to make the world a better place, and you rich.
- Tell anecdotal stories and show photos of untraceable people – like saying 3 of the "top achievers from our program that went to Necker Island with Richard Branson".  (Try and find that story on Google).
- Offer massive "discounts" on exorbitant prices of a bunch of courses.
- Have the obligatory CD / DVD set ready to sell.
- Use psychological warfare to make you feel like the world's biggest loser if you don't act right now.
- Put on free events and sell a bunch of high priced rubbish there, or put on a paid conference.
- Create scarcity.  One time offer, expires right now, act now or lose out.
- And this is where I wanted to  be sick.  After 2 hours of this nonsense, the final pitch came.  The first 10 people to get to the back of the room to sign up for personal coaching with 'Coach D' only – people literally stormed the back of the room and pushed each other out the way. W.T.F South Africa?!?!?!

- Alexander Bautz
- Alfred de Weerd
- Amber Rasmussen
- Amir Reza
- ANIL LAKHAGOUDAR
- Balamurugan Kailasam
- Bonnie Surma
- celin smith
- Chintan Pala
- Chirag Shivalker
- Christian Buckley
- Christopher R. Perry
- Christopher Scott
- Ciara McDonnell
- Ciaran Fletcher
- Colin Gardner
- Constantin Ionut
- Craig Pilkenton
- Darrell Houghton
- Darrell Trimble
- Declan Clancy
- Deepak Chawla
- Devendra Velegandla
- Dharmendra Singh
- Drew Madelung
- Dylan Lake
- DynamicPoint
- Emily Dorsett
- Farooque Azam
- Frank Op ´t Landt
- Fraser Beadle
- Frederik De Wieuw
- Gaurav Goyal
- Geoff Talbot
- Gerry Brimacombe
- Gregory Zelfond
- Helen Jones
- Hemant Patel
- James Brown
- Jason Ramsey
- Jeff Adkin
- Jerry Ober
- João Ferreira
- Joel Oleson
- Jon Manderville
- Jordan Jacoby
- Kai Boschung
- Kaushal Khamar
- Kelly Meyer
- Kerem Ozen
- Kirk Alsup
- Kirti Prajapati
- Krishna
- Krsto Savic
- Kusal Pokala
- Larry Saytee
- Mai Omar

Mr Sharepoint: Why the JT Foxx Free Seminars are a Scam and South Africans Need to Catch a Wake up!

Case 4:17-cv-02661-DMR    Document 1    Filed 05/08/17    Page 16 of 24



Desouki
- manju mandava
- Marc D Anderson
- Mark Jones
- Mary
- Matt Wade
- Matthew J Bailey
- Matthias De Cock
- Maxim Khoruzhiy
- Mehdi Boroujerdi
- Mike Marcin
- Nick Brattoli
- Nico Martens
- Nikhil Gaikwad
- noreply@blogger.com (Aaron Wood)
- noreply@blogger.com (Jeff Cate)
- noreply@blogger.com (Johnathan Horton)
- noreply@blogger.com (PremierPoint Solutions)
- noreply@blogger.com (Robert Schley)
- Oliver Pistor
- Pankaj Srivastava
- Patrick Hairston
- Paul Choquette
- Peter Bradley
- Prashant Bansal
- Prashant Kumar
- Prashanth Padebettu
- Rachel Marshall
- Rahul Gokani
- Rens O
- Rick Mucha
- Rob Aycock
- Rob Lempens
- Robin Witcher
- Roman Rylov
- Ruben Plehiers
- Ryan Wheeler
- Saifeddine Sibouih
- Sara Safari
- Sarah Geers
- Sarah Safari
- Saratchandra Peddinti
- Sathish Nadarajan
- Satyendra Tiwari
- Scott Restivo
- Sergei Golubenko
- Sergey Shiroky
- Shannon Martin
- SICG
- Spence
- Suolon
- Tobias Zimmergren

Don't for one second think I didn't look deep into myself here and ask if I was just jealous they were making so much money, because I did.  He gave me a compliment because I was able to rattle off my company numbers instantly; he said he's never seen anyone be able to do it in his sessions – he then said I probably didn't need his stuff.  Yes, because I am awake enough to see past the lies!  What infuriates me is the massive amount of BULLSHIT they sprout that us South Africans fall for hook line and sinker!  They were so right; the only people who don't see the opportunities here *are* the South Africans….  and they are laughing the *whole* way to the bank.

Why do we insist on giving our power away to the Americans?  What makes them so great, (my friends living over there notwithstanding)?  This is the country that is at war with over 100 other countries, has murdered millions and millions of people and has more people in prison than any nation on earth!  Why are we taking business advice from 'the American dream' that has become nothing but a nightmare? Why are we listening to a bunch of foreigners who are only here to take money out of the country?!

You know what the only thing is that they have over us?  Flair!  That's it!  They know how to put on a good show.  There are endless, incredible, successful, LOCAL business people who can add 100 times the value at a quarter of the price that these scam artists are – they just don't have the same flair.

Start with ISpot Life Coaching and GROW Business Coaching if you don't know anyone else.  These are companies with *traceable* references and results and genuinely care about uplifting people of this country.  If we South Africans spent the kind of money on local companies as we did on these foreign scam artists, our country would be a *vastly* different place.

It's time that every single one of us business owners and entrepreneurs stepped into our power and took the stage.  We have SO much to offer.  Why are waiting for someone to tell us we have?!  And if these Americans *do* just come in here and clean up, we will have no-one to blame but ourselves.  So to quote them, it's time to get off our asses and do something about it!

I left there *very* angry.  Angry at them, angry at myself and angry with our nation! What the hell are we doing?!  Because no matter how F-d someone or some company is, if you have the right marketing, there are enough suckers to scam till the day you die.  I don't know how these people sleep at night.  We have the knowledge, we have the skills, we have the talent.  Why do we not celebrate it?! Or flaunt it?!

In the front row was a guy called *Mo*, he brought this tshirt with.  I wish I took his number.  I would rather spend *all day* listening to this man tell me his dream, than another 5 minutes listening to another American, about anything, ever!

Mr Sharepoint: Why the JT Foxx Free Seminars are a Scam and South Africans Need to Catch a Wake up!

Case 4:17-cv-02661-DMR    Document 1    Filed 05/08/17    Page 17 of 24



Filed under: Thoughts on Life
by Veronique Palmer via Views from Veronique

Posted by Sharepoint Microsoft at 8:42 AM

Labels: Veronique Palmer

## 34 comments:

 **The Unlikely Ninja** May 22, 2016 at 3:47 AM

As an American, I can tell you, Americans fall for all of the same stuff. Don't think it is just your fellow countrymen. Thanks for writing this. Glad I googled it before I wasted a day.

Reply

> Replies

 **Ceasar Clark** March 3, 2017 at 11:04 PM

Truth

 **Unknown** March 10, 2017 at 5:34 AM

I just attending one of his "free stage plays" in Philly. This guy and his team are con-artists. Very good ones too. First off, their intro videos look cheap and their Power Point presentations had several typos. If you are a millionaire and legit, have your stuff crisp. But that is small in comparison to his own presentation. He was very condescending and spoke down too many in the audience. He was rude at responding to some in the crowed. What but the nail in the coffin was that his price point began at $5000.00 to $497. At one point while speaking so fast, he said $397. Do not support these charlatans who are just out to get your money during tax season.

**TheSecondComingofDaVinci.Info** March 17, 2017 at 1:18 PM

- Tomasz Szulczewski
- Tony Di Leonardo
- Tony Hughes
- Venu M Gummalla
- Venu Madhav Gummalla
- Veronique Palmer
- Vignesh Ganesan
- Viipin Tyagi
- Vlad Catrinescu
- Waqas Sarwar
- Wendy Neal

**Most Reading**

 Why the JT Foxx Free Seminars are a Scam and South Africans Need to Catch a Wake up!
– A MAJOR RANT! Go get a drink first. – For the second time I just saw South Africans push each other out the way to buy "the promised land...

SharePoint How-To Series: Enhanced Content Types
In our last three posts, we examined some of the core building blocks of SharePoint-- namely, Content Types, Site Columns and Managed Metadat...

 Microsoft Teams: Is the Who-Bot the KM "Expertise Locator" We've Needed for Years?
By far the coolest thing I saw in the launch of Microsoft Teams yesterday was the Who-Bot. . @Microsoft Teams has a bot called WhoBot t...

PowerApps for SharePoint
So, this past week Microsoft announced that PowerApps was now available for all to use within Office 365. This is a huge milestone in produc...

SPJS Charts for SharePoint v6
I have released v6.0.0 of SPJS Charts for SharePoint . The reason for skipping to v6.0.0 for this release is that the loader has changed t...

 Running Unit Tests for your .NET Core projects in Visual Studio Team Services (VSTS)
One of the challenges I was looking to solve recently was running builds in VSTS for .NET Core, and then run any C# unit tests I had in dot...

Your new SharePoint playground
A SharePoint developer is becoming more and more a web developer. This has some big advantages but it also means that our daily work is chan...

Add Approval Workflows to your Extranet Registrations

Collab365 SharePoint Tournament: Answers and Explanations
At this year's Collab365 24-hour Global Conference, the superstars at Collab365

Mr Sharepoint: Why the JT Foxx Free Seminars are a Scam and South Africans Need to Catch a Wake up!

Case 4:17-cv-02661-DMR    Document 1    Filed 05/08/17    Page 18 of 24

 I attended their workshop for 1/2 hour in Seattle. After 30 minutes of self promotion, i knew what was coming next.

usually rule is that first provide value for 45 min and then sell for 15 min. our speaker was only interested in selling $ 5000 workshop with 90 % discount.

Reply

 **The Unlikely Ninja** May 22, 2016 at 3:47 AM

As an American, I can tell you, Americans fall for all of the same stuff. Don't think it is just your fellow countrymen. Thanks for writing this. Glad I googled it before I wasted a day.

Reply

 **Unknown** May 26, 2016 at 6:13 AM

You can get what you want from anything you buy if you bother to chase after it and make it happen also.

People will always sell things, but what you do with it is what counts.

Reply

 **Unknown** August 23, 2016 at 11:38 PM

Thank you Veronique. I was there and i got nothing from this guy JT Foxx. They`re a bunch of actors in a soap opera and everyone was tuned in. Being a motivational speaker myself and leadership facilitator, I got nothing from this so called #1 World`s Wealth Coach. He was pathethic!!!! I left half way through. didn`t agree with my morals and values..I believe that we can make South Africa a better place by working together....Gareth James Hendricks ...pappag74@gmail.com....thanks for this Veronique

Reply

 **Lala Roper** September 16, 2016 at 1:44 PM

After carefully swallowing the loads of crap being doled out at this one day intro meeting, I read Sucker...they are looking for suckers! If I had 10 people give me $25,000 I'd be rich doing this globally day in and out.

Reply

 **Lala Roper** September 16, 2016 at 1:46 PM

After carefully swallowing the loads of crap being doled out at this one day intro meeting, I read Sucker...they are looking for suckers! If I had 10 people give me $25,000 I'd be rich doing this globally day in and out.

Reply

 **Lorraine's World** September 17, 2016 at 3:01 PM

thanks! :)

Reply

 **Unknown** October 12, 2016 at 4:57 PM

Thanks. Was registered for an all day seminar tomorrow. Think I will pass.

Reply

 **Unknown** October 12, 2016 at 4:57 PM

Thanks. Was registered for an all day seminar tomorrow. Think I will pass.

Reply

 **Laurie Leiker** October 14, 2016 at 1:02 PM

I just attended one of these workshops in the US, with a similar reaction. You can read about it here: http://www.smallbizcoaching.net ... I was disgusted and really sad at the number of people willing to turn over money for air.

launched a real-time competitive quiz, called the Share...

**SharePoint 2016 Site Template ID List for PowerShell**

When creating a new Site Collection by PowerShell, we have the option to apply the Site Template Directly, however you must know the Templat...

Mr Sharepoint: Why the JT Foxx Free Seminars are a Scam and South Africans Need to Catch a Wake up!

Case 4:17-cv-02661-DMR    Document 1    Filed 05/08/17    Page 19 of 24

Reply



**Laurie Leiker** October 14, 2016 at 1:02 PM

I just attended one of these workshops in the US, with a similar reaction. You can read about it here: http://www.smallbizcoaching.net ... I was disgusted and really sad at the number of people willing to turn over money for air.

Reply



**Unknown** October 19, 2016 at 12:15 AM

Thanks for sharing your experiences in details. I was planning to attend the "workshop" tomorrow, however, I will not now.

Reply



**Bill Black** October 19, 2016 at 12:33 AM

I attended today in Portland and WOW I stayed for the whole thing just because it was the biggest train wreck I ever saw of lies and deception. There was 68 people attended- he stated this was the smallest group EVER. Just lie after lie after lie- my girlfriend came with and she was in the back after she went to the restroom and saw one of his monkeys cutting and pasting pictures of celebrities on a magazine cover. I would say 100% fraud but it is really for those that are looking to spend $25,000 to get on a stage and take a selfy. Yes he had packages from $6,000 to $25,000 to go to his house in Florida. RUN PEOPLE- I am embarrassed to see anyone fall for this.

Reply



**Unknown** October 27, 2016 at 11:38 PM

It is such a joke I think this man will make a better stand up comedian then a wealth coach . Went to one in Durban and they where selling was a picture with Apelcino or cappiccino or whatever his name was absolute crap

Nothing in that whole session was about coaching speakers even that Vicki lady came to the stage and said Yay I am Vikki I am a mega speaker and today is my son's birthday and I sat there the whole time waiting for the message she had to bring....unfortunately I got nothing.

And the Big one NO questions are allowed I have seen better speakers better coaches ....all I can say JT Foxx is a fox indeed a very smart corn man.

Feloow South Africans don't fall for it.

Reply



**Kathleen** October 31, 2016 at 11:58 PM

*This comment has been removed by the author.*

Reply



**Kathleen** November 1, 2016 at 12:03 AM

I agree with everything you said. These guys are crooks. They know text book marketing tricks. Their business ideas included 'dog walking' and 'renting a room', or 'selling on ebay'.... for that I paid £1,200. Then came the hard sell... the £12,000 to spend 3 days with JT Foxx in his house in Florida that I doubt he even owns. It's bullshit... all of it. Don't give them any of your money! Success Resources need to cut him loose. He will harm their reputation. Snake oil salesmen at best.

Reply



**Christopher Chiu** November 10, 2016 at 8:11 PM

Hey thanks for this legit right-up. I'm a "digital nomad" American that left the US nonsense 4-years ago (wall st). Since doing the internet business thing for 2 years, I've def. noticed more all the "make money online" scam courses /artists etc. They are good - really good at selling the dream. And in diff. formats. JT's con is a new iteration i have not seen yet.

The reason why I came to your site is bc a former friend/ business partner (very young 22) sent me an invite for his new FB page. It was "Joe F. Jamie Fox Social experiment" He put

Mr Sharepoint: Why the JT Foxx Free Seminars are a Scam and South Africans Need to Catch a Wake up!

Case 4:17-cv-02661-DMR   Document 1   Filed 05/08/17   Page 20 of 24

up a video w/ his message while juggling balls. That was a few weeks ago.

Today, he posted pictures from the JT Fox seminar - the same exact show you wrote this review about.

It gets me a bit pissed now b/c my friend who's young and impressionable is falling for this BS.

BC I never heard of JT fox, I googled him and glad I found your site.

I got some hard-thinking to do about how to approach this w/ my friend now.

Thx for sharing.

Reply



**Dan Woodruff** November 24, 2016 at 9:35 AM

Interesting. I have been to a few of JT's free and paid events. I have always took copious notes and got some real gems from them. Yes you are going to be sold to, but that's the same with every course or seminar. Tony Robbins is regarded as the best motivational speaker in the world, yet you will get sold to no matter which program you go to.
The question is, has anyone who has commented here about how crap he is actually done any of his higher courses? If you go to a free seminar or one where you pay a few hundred dollars, do you really think that he is going to give away all of his best secrets and money making ideas? I run seminar and online courses and there's no way that I'd give my top money making ideas unless people are prepared to pay top dollar for them.
I went to his big annual 'family reunion' in Orlando and whilst over the 4 days there I made a number of really great connections of which I will do business with.
So if you haven't been to any of his courses, how are you the authority to say that they are rubbish and not worth it?
I'll leave you with this quote:
"A broke person will look at how much something costs, whilst a rich man will look at how much that will make them".

Reply

Replies



**Unknown** May 3, 2017 at 8:12 PM

Just attended his event today and also found he had some really good info to share. Lots of notes!

**Reply**



**Unknown** January 30, 2017 at 12:09 PM

I attended JT Foxx's event in Ottawa/Gatineau, Canada. The event was titled "Why we need more woman speakers". (JT is also Canada but he thinks we're broke, stubborn, non-believers that won't achieve anything until we move to the US)

It was a free event from 8am to 6pm. The morning was mostly Introductions; he introduces a couple of his students/junior coaches and partners. In the afternoon for 4 hours JT bragged about his Celebrity friends such as Donald trump (which he glorifies like a God), all of his materialistic goods and properties, his wary magazine cover (inelegantly presented in multiple condescending racist dialect), he then degraded, humiliated and brain wash certain people from the audience by letting know how worthless they are and why they haven't accomplish anything (mostly to create fear confusion and envy) for the last hour his Marketing partner did a sales pitch for his "wealth workout" gimmick, where she deliberately told us that They have sold blank DVD's In the past, because they ran out of hard copies so JT told them to insert blank DVDs in the case instead and then proudly informed us that after selling 100+ DVD's only two people called them to inform them that their DVD were blank. Oh, and somewhere in between JT took 10 minutes to manifest his subjective opinion on why there's more male speakers.

In his opinion, there is more male speakers than woman because women complain too much and no one wants to hear or be helped by someone that has or had more problems than them. He also thinks it's unnecessary and ridiculous that accomplished women introduce themselves as woman; "Hi, My name is Jennifer Smith and I am the best Female Architect in Ottawa". As per JT men don't do that because it is physically evident and more importantly irrelevant (which I fully oppugn to). 10 hours later, no one from his organization shared any valuable reasons as to why we need more woman speakers (I think it was after he told us we can buy his friendship but not his love).
In my opinion, we need more woman speakers to prove arrogant manipulative narcissist

Mr Sharepoint: Why the JT Foxx Free Seminars are a Scam and South Africans Need to Catch a Wake up!

Case 4:17-cv-02661-DMR    Document 1    Filed 05/08/17    Page 21 of 24

greedy fraudulent individuals like him wrong. As a hard-working feminist, this workshop left me exasperated but inspired to do more for women as a woman.

This endeavor was a complete misrepresentation of woman and success! I am a proud knowledgeable black Canadian WOMAN and my bank account does not define me, my abilities or who I will become tomorrow.

If you decide to sign up for one of his "options" priced between $7 000 -$36 000 (CAN $), please take the time to read experiences and testimonies from victims of this swindle. Some people were defrauded out of $92 000+ from this organization.

P.S

Do not try to shake his hand, This Canadian born self-claimed American wealth Guru doesn't shake hands and he will let you know in the most demeaning way possible. E.g "I don't do that"

Reply

 **Sherri Starr Wellness** February 8, 2017 at 11:41 AM

*This comment has been removed by a blog administrator.*

Reply

 **Thomas** February 10, 2017 at 11:22 PM

I just got back from his event today in San Jose today.

Go there if you want to learn how to become a terrible speaker and how not to run an event like them.

There was 119 people that attended the event. About half of the people left after lunch time. Half of the time he brags about himself and the celebrities he hang around with. He humiliates his audience and the way he talks to people is condescending.

If you don't buy his item he try to make you feel guilty and this is why you are not successful.

They try to sell you high end tickets from $5,000-25,000k coaching programs.

It was a great learning experience on how not to run an event.

Reply

 **Thomas** February 14, 2017 at 11:59 PM

Someone just sent me a link to this blog and asked me to comment it. What I can share is that I have bought several of the high ticket programs offered by the JT Foxx organization, and for me it has been a great investment. I have had lots of benefits when it comes to both content, contacts, branding and coaching. I'm not saying it's the right investment for everyone, but surely I cannot be the only one who could benefit from what they offer. Best regards Thomas Aksnes

Reply

    Replies

 **Sarah Wallace** May 3, 2017 at 8:17 PM

I can how there would be value in the coaching, mentorship and relationships built.

Reply

 **Ozon Ehekatl** February 16, 2017 at 3:08 PM

*This comment has been removed by the author.*

Reply

 **Ozon Ehekatl** February 16, 2017 at 3:17 PM

There was an Event in the UK, it was a free event, and at least I've learned one thing which can be beneficial for my line of business. I know how this kind of marketing works, I learned it at university, I worked in invesment banking, I know it works but never liked it. I

Mr Sharepoint: Why the JT Foxx Free Seminars are a Scam and South Africans Need to Catch a Wake up!

Case 4:17-cv-02661-DMR   Document 1   Filed 05/08/17   Page 22 of 24

was too busy with work and I just went because I has free time and was interested in the speaker part.

When JT was picking people from the audience to tell them what is wrong about them I was curious what he will tell me. I could see on his face that he couldn't really figured me out, and have no idea what to say. After all he said I'm not doing things out of fair. I said it's ok true, then he tried to intimidate me, well, I'm not so easy to be loomed over. Anyway I know my NLP as well, and his body language was saying more then his words, he body was telling shut up I know better. And turning away going to the next person.

I never heard Tony Robbins being arrogant.

They were pretty good at selling, did everything as it's written in the big book of sales, and I would lie if I say I haven't get any value of a free event as I have. But reading all the comments it looks like they play the same show everywhere.

He mentioned Robert Kiyosaki and Tony Robbins, and not in a best context, well the interesting fact is, if you enter their name in google spam didn't come up, whether with JT Foxx it shows up as you enter it in the search field.

At the end I asked one of his stuff about the programs, and when I said I can't afford anything now just curious, her body changed and eyes changed, and interest dropped, and ended the conversation in 30 seconds.

The reason they can sell because people are desperate, people want to believe, and at one point of the event in the middle of the day I though yeah it can be valueable. But honestly I'm glad I didn't had hte money to buy the CDs because as the afternoon went on my warning sign turned on and haven't stopped till the end.

But if for nothing then for the experinece and to know what to look out for next time it's worth it for free.

Reply



**agostic**  February 28, 2017 at 10:10 AM

haha, I plan to see what it looks like after registering the event and just receive an update as below:

We have just secured the location for the upcoming event with the JT Foxx team in Phoenix! Make sure that you add this to your calendar with a reminder so you don't forget where the location is for the event.

Location:
Renaissance Phoenix Glendale Hotel & Spa
9495 W. Coyotes Blvd
Glendale, AZ 85305

Time:
9:30 am - 12:30 pm & 1:30 pm -4:30 pm

We look forward to seeing you on March 9th in Phoenix!

JT Foxx Events Team
JT Foxx Organization
-----
I have been skeptical about this event and not decided yet to drive 36 minutes to attend the workshop. Fortunately, I googled and read this post. I think it's enough for me to make my no-go decision.

Thank you!

Reply



**IsabellaMaria Bordoni**  March 27, 2017 at 1:16 PM

Instead of believing all negative that is written here.. why don't go yourself, listen carefully what he says..how he says... why he says... and read the strategy... in the end he has achieved success no matter what and I do myself believe he has great input to give.. yet one has to have the mind of an entrepreneur. I rather pay him 497 $ than a psychiatrist or a lawyer!

I took advantage of it and let me tell you: I already have applied some of his tools and will apply more the more I hear his CD's I bought. I have spend a lot more money on other things than on this CD's. They do not lock the door on their events and force you to sign ... you can leave whenever you want.. btw.. its also a great place to do networking.. get to know other people.. talk to them... I did.. and yes, I met extraordinary interesting people.. mind you I live in Zurich and am a skeptical person... also a strong sales person.. and not easy to influence.

One can take a chance or let it pass.. there are many different ways to be happy and successful.

Mr Sharepoint: Why the JT Foxx Free Seminars are a Scam and South Africans Need to Catch a Wake up!

Case 4:17-cv-02661-DMR    Document 1    Filed 05/08/17    Page 23 of 24

In the end we are all selling something.. first and foremost us.. no matter whether we are employed or self employed.
My 5 cents.

Reply

Replies



**Unknown** April 9, 2017 at 12:29 AM

If you have the mind of an entrepreneur you would do your due diligence before investing time into taking someone's advice blindly.



**Sarah Wallace** May 3, 2017 at 8:21 PM

I found value in the event today in Calgary.

Reply



**Danie Bester** May 7, 2017 at 2:25 PM

Im not saying this is true or untrue. But to get to your remark of not being able to find anything on google about the Necker Island trip. I actually worked for one of South Africas leading property investors who was on that JT Foxx trip to Necker Island. It is well documented in google that they were there. Just saying

Reply

**Add comment**



Mr Sharepoint: Why the JT Foxx Free Seminars are a Scam and South Africans Need to Catch a Wake up!

Newer Post                                    Home                                    Older Post

Subscribe to: Post Comments (Atom)

Simple theme. Powered by Blogger.